# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

Counsel presenting oral argument should appear in person at the Clerk's Office NO LATER THAN 8:30 A.M. on the day of the hearing

Clerk's Office
56 Forsyth Street, N.W.
Atlanta, Georgia 30303
(404) 335-6131

HEARING LOCATION

Courtroom 339
Elbert P. Tuttle United States Court of Appeals Building
56 Forsyth Street, N.W.
ATLANTA, GEORGIA

COURT CONVENES AT 9:00 A.M.
(unless otherwise shown)

DAVID J. SMITH
Clerk of Court
United States Court of Appeals
for the Eleventh Circuit
(404) 335-6100

The court has determined that the cases listed below are to be orally argued not to exceed **fifteen** minutes per side. Argument time for those cases marked * will not exceed twenty minutes per side unless altered by the presiding judge. Counsel for each party must present oral argument unless excused by the court for good cause shown. The following cases are assigned for hearing on the following dates:

TUESDAY, JULY 28, 2026

| | |
|---|---|
| 24-14084 | United States v. John Wheeler, Appellant |
| 25-10606 | First Solar Electric LLC, Appellee/Cross Appellant v. Zurich American Insurance Company, Appellant/Cross Appellee |
| 25-10775 | BankUnited, Inc., Appellant v. United States |
| 25-10182 | Aegis Asset Trust, et al., Appellants v. Richard Dauval, et al. (Consolidated with 25-10189, Monier Rahall, et al., Appellants v. Jamie Rand, et al.) |

WEDNESDAY, JULY 29, 2026

| | |
|---|---|
| 25-14394 | United States v. Robert Slaybaugh, Appellant |
| 25-10933 | Clark Chamberlin, et al., Appellants v. Michael Goldberg |
| 25-11333 | Werner Becker, et al., Appellants v. Citigroup Inc., et al. |
| 25-10875 | Hagop Hadjian, Appellant v. Mercedes-Benz USA, LLC |

THURSDAY, JULY 30, 2026

| | |
|---|---|
| 23-12184 & 24-10419 | Nicholas Sarat-Lopez, Petitioner v. U.S. Attorney General |
| 22-10089 | Rafael Cendan, Appellant v. Officer Jose Trujillo, et al. |
| 25-12770 | Tamara Ogier, et al., Appellants v. International Follies, Inc. |
| 25-10691 | Sharon McTurk, et al., Appellants v. Lottery.com, Inc., et al. |

FRIDAY, JULY 31, 2026

| | |
|---|---|
| 25-12691 | Masis Staffing Solutions, LLC, Petitioner v. Occupational Safety and Health Administration, et al. |
| 25-11578 | The Farmworker Association of Florida, Inc., et al. v. Attorney General, State of Florida, et al., Appellants |
| 25-12801 | Shabaka Fletcher v. Verida, Inc., et al., Appellants |
| 25-11573 | Laquana Alexander, Appellant v. Patrick Labat |

COUNSEL MUST REPORT TO THE CLERK'S OFFICE PRIOR TO 8:30 AM ON MORNING OF ORAL ARGUMENT

ATLANTA, GEORGIA
05/08/26 #21